Date: 3/28/2016

United States Court Northern District of Georgia.

**1:16-CV-0980**

Christopher M. Pickens   2440 Newgate Dr. Decatur, Ga. 30035

Name & Address

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 2 8 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

VS

P.T.I Professional Transportation INC.
1841 Marietta Blvd N. Atlanta Ga. 30318

Name & Address

## Complaints

"Failure to pay wages"

Company owes Planitiff around 120 to 180 hrs of pay and maybe around 3,000 miles a week doing only ~~paid~~ me

C   Fraction of pay thru an
    money network pay card, totaling
    almost a hundred dollars a week.
    After being Fired it took an additional
-   1 month to pay, and the pay of neither
    pay was Full of the Credit I deserv-
-   ed or worked For.

              Suing For  <u>16,000.00</u>
              -
                on this charge.

C   "Operating without permit"


    On this Charge the Secreatary of
    State may give me the ups on
    this one also. The Company is
    at the time not register with the
    State Screatary office or
    the Department of Commerce

C   Found out after Company
    relocated to new location
    after losing old resgister address

C  "Bet I'm Familiar with this ground, Company couldn't say tay purpose but if it's irrelevant, then Just Operating without permit.

<u>Suing For 16,000,00</u>

on this Charge.

C  "Rackaterring"

On this charge, I, the Plantiff don't Feel like I have to work with the Northern District Court of Georgia, This Charge will be sent the Same day of Filing to United State Supreme Court of the Clerk Office in Washington D.C. For 10 percent of what I, the Plantiff dreamed it was worth 20,000,000,00 or twenty million dollars od, which it's

C   a million dollar in the ten percent.

Company ledger on after the pay is cut, <u>this is a red flag.</u>
After all deduction and tax's, the Company still ledger - on Charging the Employees 1.75 or a dollar and seventy-five cent per use of pay card, this create
C   a pool of money like every month could be avand 50,000.00 or more that goes un-reported.

- the Company pay on <u>two different scales</u>, by the miles or the hours which one is greater or less. <u>this is also a red flag.</u>

- Company pay bi-weekly. take one week - pay one week, and take half of that.

C - Company - take from all direction including periododical charges.

C - No employee pay tax's but are still tax's credit to the company. Sorry this could be <u>irrelevant</u>.

- Company can argue the Plaintiff was Not there long enough that's not true, and a victim don't have too. or employee.

C - Company can argue it's have multiple agents. it's still under one company name making employee's more of Customers

- You had to be a genius to almost catch this, I was a credit card affiliator 20 years ago interesting i'm becomming an credit card agent and learned this.

C              Suing For <u>2,000,000.00</u>
        or two million dollars.

C Evidence, payroll Sheet, Form money network and Company explain all activities of all charges verifiable, Evidence 100% percent Solid. on paper, an Could be use to "uildent" the investigation.

" Failure to pay wages "

C
16000.00
or Sixteen thousand dollars.

" Operating without permit "

16,000.00
or sixteen thousand dollars.

" Rackateering "

2,000,000.00
or Two million dollars

total 2,032,000.00
Two million and thirty-two Thousands dollars.

C Plantiff plans to give the Company what Company asks for. In Court battle.

C  Company contract For both
→  Railroad Company Supposed to cover entire Operation expense covering all expense And Plaintiff Bet both Company would agree, unless Company has other venture to sale which it dont.
→  Company talking From too many direction.

C  note *
=   <u>Once an pay is cut and handed to employee's that's the end of pay, but the company lendsed- on after pay is cut.</u>
-   again this create an pool of money From the 7,000 employee's pay spending.
C   <u>This is a red Flag.</u>

C  Company asks what's i's suppose to do, it's Simple too change pay methods. it's that Simple Company owner an register agent of money network card distributions.

C

Company can change pay methods but it's too late For only one Suit charges being Filed.

C

Plantiff askes For Free O.D.E.

Singned _____

Christopher M. Poskers

V/S

P.T.I Professional transporteder Inc.

Filing on behalf of State and behalf of U.S.

Jury Trial Demanded