UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER M. PICKENS,<br><br>            Plaintiff,<br><br>vs.<br><br>P.T.I. PROFESSIONAL<br>TRANSPORTATION, INC.,<br><br>            Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-980-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for frivolity determination, it is

**Ordered and adjudged** that the action be **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2).

Dated at Atlanta, Georgia this 21st day of June, 2016.

                                      JAMES N. HATTEN
                                      CLERK OF COURT

                       By:   s/Jill Ayers
                               Deputy Clerk

Prepared and entered
in the Clerk's Office
June 21, 2016
James N. Hatten
Clerk of Court

By:   s/Jill Ayers
        Deputy Clerk